

# Fourth Court of Appeals
## San Antonio, Texas

January 5, 2022

No. 04-21-00517-CV

**IN THE INTEREST OF J.S.R., J.A.R. JR., A.A.R., AND M.S., CHILDREN**

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2020PA01748
Honorable Charles E. Montemayor, Judge Presiding

## O R D E R

Appellant, J.S., has filed a motion for a twenty-day extension of time to file a brief. We **grant** the motion and **order** appellant to file his brief by **January 24, 2022**. This is an accelerated appeal of an order in a suit for termination of the parent-child relationship that must be disposed of by this court within 180 days of the date the notice of appeal was filed in the trial court. *See* TEX. R. JUD. ADMIN. 6.2. Because of the time constraints governing the disposition of this appeal, further requests for extensions of time will be disfavored.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of January, 2022.



_____
Michael A. Cruz,
Clerk of Court